UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV00943 (MRK) |
| | : | |
| JAMES KING and | : | |
| JOSEPH FECAROTTA, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons stated in open court on October 30, 2003, the Defendant's Motion for Summary Judgment [doc. #18] is GRANTED and the Plaintiff's Motion in Opposition to Summary Judgment [doc. #21] is DENIED.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: October 30, 2003.