# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

United States District Court
District of Connecticut
**FILED AT**   NEW HAVEN

October 30, 2003
Kevin F. Rowe, Clerk

By _Georgette R. Philudi_
Deputy Clerk

Daniel Trompetta
v.
James King
Joseph Fecarotta

**CASE NUMBER:** 3:02CV00943 (SRU) (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

the plaintiff Daniel Trompetta

10/30/03
**Date**

Ct 09444
**Connecticut Federal Bar Number**

203 562-9931
**Telephone Number**

_Keven Syst_
**Signature**

Katrena Engstrom
**Print Clearly or Type Name**

Williams + Pattis
**Address**
51 Elm St.
New Haven CT
06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Attorney Michael Rose
Howd & Ludorf
65 Wethersfield Ave
Hartford CT 06114

_Keven Syst_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96