UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL TROMPETTA

v.                                                     Civil No. 3:02CV943(MRK)

JAMES KING

JOSEPH FECAROTA

## JUDGMENT

This matter came on for consideration of defendants' motion for summary before the Honorable Mark R. Kravitz, United States District Judge.

The Court after reviewing all of the papers filed in conjunction with the motion and on October 30, 2003, after hearing oral argument for summary judgement granted the relief as to all federal claims in the complaint and declining to exercise supplemental jurisdiction over any remaining state law claims.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 3rd of November, 2003.

KEVIN F. ROWE, CLERK

By

Kenneth R. Ghilardi
Deputy Clerk

EOD: _____

1