CT/cvmhrg (January 10, 2002)

HONORABLE MR Kravitz
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE K. Falcone

TOTAL TIME: ___ hours 35 minutes

DATE Oct. 30, 2003   START TIME 1:35p   END TIME 2:10p
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Trompetta

CIVIL NO. 3:02 CV 943 MRK

vs.

King

☐ Plaintiffs Counsel
☑ SEE ATTACHED CALENDAR FOR COUNSEL
☐ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #18  Motion Sum Judgement    ☑ granted ☐ denied ☐ advisement
☑ #▪▪  Motion ▪▪▪▪▪▪▪▪▪▪        ☐ granted ☑ denied ☐ advisement
☐ #__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐ #__  Motion _____   ☐ granted ☐ denied ☐ advisement
☐     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐     Oral Motion _____   ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☑ Plaintiff Atty Engstrom Appearance    ☑ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed
_____    ☐ filed ☐ docketed

Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oral Argument Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Thursday October 30, 2003
1:30 p.m.

CASE NO.  3-02-cv-943  Trompetta v King
-------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| ~~Norman A. Pattis~~ | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |
| ~~Melinda A.~~ Powell | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| ~~Michael J.~~ Rose | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| ~~Martha Anne~~ Shaw | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| ~~Alexandria L.~~ Voccio | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Katrena Engstrom    Williams + Pattis