UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL TROMPETTA

v.                                              Civil No. 3:02CV943(MRK)

JAMES KING
JOSEPH FECAROTA

## AMENDED JUDGMENT

This matter came on for consideration of defendants' motion for summary before the Honorable Mark R. Kravitz, United States District Judge.

The Court after reviewing all of the papers filed in conjunction with the motion and on October 30, 2003, hearing oral argument for summary judgment granted the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 5th of November, 2003.

KEVIN F. ROWE, CLERK
By
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____