UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA | : | NO.: 3:02CV00943 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES KING AND | : | |
| JOSEPH FECAROTTA | : | DECEMBER 3, 2003 |

## MOTION FOR ATTORNEY'S FEES

Pursuant to 42 U.S.C. §1988 and Local Rule 9(f), the defendants, James King and Joseph Fecarotta, hereby move for attorney's fees in the above-captioned case. The Court entered judgment for the defendants on November 3, 2003, following a summary judgment ruling in favor of the defendants. This motion is filed within thirty (30) days of the entry of judgment.

The defendants seek attorney's fees in the amount of $16,390.50.

The defendants should be awarded attorney's fees because the plaintiff's action against them was groundless. In support of this motion, the defendants submit affidavits of Attorneys Michael Rose, Melinda Powell and Martha Shaw, and an accompanying memorandum of law.

The defendants anticipate filing a supplemental motion for attorney's fees for those fees incurred in the preparation of this motion and for participation in any further proceedings in this case.

WHEREFORE, the defendants, James King and Joseph Fecarotta, respectfully request that their motion for attorney's fees be granted.

DEFENDANTS,
JAMES KING AND
JOSEPH FECAROTTA


By _____
Alexandria L. Voccio
ct21792
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-mail:  avoccio@hl-law.com


## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 3rd day of December, 2003.

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


_____
Alexandria L. Voccio