**HOWD & LUDORF**
65 Wethersfield Avenue
Hartford, CT  06114-1190
TAX ID: 06-1207409
(860) 249-1361

September 15, 2003

|  |  |
|---|---|
| Billed Through | 08/31/2003 |
| Bill Number | 13383 |
| Client: | 134    11111 |

Mr. Mel Gardner
St. Paul Public Sector
P.O. Box 65100
San Antonio, TX 78265

Re:    Tracking No.:SH01436  JD:  USDC Bridgeport  3:02CV00943(SRU)
       Policy No.:   GP0630080762F019
       Insured:     James King & Joseph Fecarotta
       Claimanat:   Daniel Trompetta
       D/E:         8/25/01
       H&L No.:     134-11111  D/O: 5/29/02

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/03 | MJR | Review reply brief; supplement same to address plaintiff's failure to address proper qualified immunity analysis | 2.50 hrs | 115.00 /hr | $287.50 |
| 06/05/03 | MJR | Supplement reply brief by addressing Anderson v. Creighton analysis | 1.80 hrs | 115.00 /hr | $207.00 |
| 06/09/03 | MJR | Letter to Mr. Gardner with enclosed plaintiff's motion in opposition to our motion for summary judgment and our reply brief | 0.20 hrs | 115.00 /hr | $23.00 |
| 06/09/03 | MJR | Letter to Capt. Fecarotta with enclosed plaintiff's motion in opposition to our motion for summary judgment and our reply brief | 0.20 hrs | 115.00 /hr | $23.00 |
| 06/09/03 | MJR | Letter to Det. Lt. King with enclosed plaintiff's motion in opposition to our motion for summary judgment and our reply brief | 0.20 hrs | 115.00 /hr | $23.00 |
| 08/28/03 | MAS | Review District Court notice transferring the case from Underhill, J. to Kravitz, J. | | | |

Client:   134   11111                              Bill Number:   13383                    Page   2

|  | 0.10 | hrs | 0.00 | /hr | N/C |

**FEE SUMMARY**

| | | | | |
|---|---|---|---|---|
| Shaw, Martha A. | 0.10 | $0.00 | | N/C |
| Rose, Michael J. | 4.90 | $115.00 | | $563.50 |
| TOTAL FEES FOR THIS MATTER | 5.00 hrs. | | | $563.50 |

**DISBURSEMENTS**

| 07/14/03 | Federal Express to Office of the Clerk in Bridgeport | $17.42 |
| | TOTAL DISBURSEMENTS FOR THIS MATTER | $17.42 |

|  |  |
|---|---|
| Total Fees for this matter: | $563.50 |
| Total Disbursements for this matter: | $17.42 |
| **TOTAL CHARGES FOR THIS BILL:** | **$580.92** |

**HOWD & LUDORF**
**65 Wethersfield Avenue**
**Hartford, CT  06114-1190**
**TAX ID:  06-1207409**
**(860) 249-1361**

June 12, 2003

|  |  |  |
|---|---|---|
| Billed Through | 05/31/2003 | |
| Bill Number | 12459 | |
| Client: | 134 | 11111 |

Mr. Mel Gardner
St. Paul Public Sector
P.O. Box 65100
San Antonio, TX 78265

Re:  Tracking No.:SH01436  JD:  USDC Bridgeport  3:02CV00943(SRU)
     Policy No.:   GP0630080762F019
     Insured:      James King & Joseph Fecarotta
     Claimanat:    Daniel Trompetta
     D/E:          8/25/01
     H&L No.:      134-11111  D/O:  5/29/02

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/03 | MJR | Draft motion for summary judgment | 4.30 hrs | 115.00 /hr | $494.50 |
| 03/10/03 | MJR | Supplement affidavits of King and Fecorotta | 0.80 hrs | 115.00 /hr | $92.00 |
| 03/10/03 | MJR | Telephone conference with client re substance of affidavit | 0.30 hrs | 115.00 /hr | $34.50 |
| 03/10/03 | MJR | Prepare affidavit for review and signature of Assistant's State's Attorney Walter Fanagan | 1.30 hrs | 115.00 /hr | $149.50 |
| 03/11/03 | MJR | Telephone conference with Det. Lt. King reviewing his affidavit, affidavit of State's Attorney Falagan, and Defendant's Rule 9(c)1 statement | 1.10 hrs | 115.00 /hr | $126.50 |
| 03/11/03 | MJR | Extended telephone conference with Mr. Fecorrota to review/supplement affidavit | 0.50 hrs | 115.00 /hr | $57.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/03 | MJR | Letter to State's Attorney Walter Flanagan addressing affidavit in support of motion for summary judgment | 0.50 hrs | 115.00 /hr | $57.50 |
| 03/19/03 | MJR | Return telephone call to Det. Lt. King to discuss proposed affidavit of State's Attorney Flanagan | 0.30 hrs | 115.00 /hr | $34.50 |
| 03/28/03 | MJR | Supplement affidavit of Det. King to include reference to plaintiff's conviction | 0.30 hrs | 115.00 /hr | $34.50 |
| 04/04/03 | MJR | Telephone conference with State's Attorney re his decision not to sign affidavit | 0.10 hrs | 115.00 /hr | $11.50 |
| 04/07/03 | MJR | Telephone conference with Det. King re apparent recalcitrance of State's Attorney to sign affidavit | 0.40 hrs | 115.00 /hr | $46.00 |
| 04/08/03 | MAS | Legal research re cases citing to LaFond, constructive discharge and retaliation for filing a grievance in support of motion for summary judgment | 2.10 hrs | 100.00 /hr | $210.00 |
| 04/16/03 | MAS | Review discovery records re exhibits attached to motion for summary judgment | 1.30 hrs | 100.00 /hr | $130.00 |
| 04/17/03 | MAS | Telephone call from Atty. Rose re memorandum of law in support of motion for summary judgment re appearance, review, nolo pleading and judgment | 0.30 hrs | 0.00 /hr | N/C |
| 04/22/03 | MAS | Supplement 9(c)(1) statement | 3.70 hrs | 100.00 /hr | $370.00 |
| 04/23/03 | MAS | Review and supplement 9(c)(1) statement | 2.10 hrs | 100.00 /hr | $210.00 |
| 04/23/03 | MAS | Supplement memorandum of law in support of motion for summary judgment | 3.60 hrs | 100.00 /hr | $360.00 |
| 04/24/03 | MAS | Review and supplement memorandum of law in support of motion for summary judgment | 3.80 hrs | 100.00 /hr | $380.00 |
| 04/24/03 | MAS | Supplement memorandum in support of summary judgment; obtain and attach exhibits | 3.80 hrs | 100.00 /hr | $380.00 |

| Date | Atty | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/03 | MAS | Enter appearance | 0.20 | hrs | 0.00 | /hr | N/C |
| 04/25/03 | MAS | Review motion for summary judgment | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 04/25/03 | MAS | Review 9(c)(1) statement | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 04/25/03 | MAS | Review and revise memorandum of law in support of motion for summary judgment | 2.20 | hrs | 100.00 | /hr | $220.00 |
| 04/25/03 | MAS | Letter to Judge Underhill enclosing copy of motion for summary judgment | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 04/25/03 | MAS | Letter to Mr. Gardner at St. Paul enclosing copy of motion for summary judgment | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 04/25/03 | MAS | Letter to Det. Lt. King re motion for summary judgment | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 05/01/03 | MAS | Telephone call from Atty. Westbrook re 9(C)1 statement | 0.10 | hrs | 100.00 | /hr | $10.00 |
| 05/07/03 | MAS | Telephone conference with Atty. Westbrook re extension of time to respond to motion for summary judgment to 5/28/03 | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 05/12/03 | MJR | Review plaintiff's motion for enlargement of time re defendants motion for summary judgment | 0.10 | hrs | 115.00 | /hr | $11.50 |

FEE SUMMARY

| | | | |
|---|---|---|---|
| Shaw, Martha A. | 0.50 | $0.00 | N/C |
| Shaw, Martha A. | 23.90 | $100.00 | $2,390.00 |
| Rose, Michael J. | 10.00 | $115.00 | $1,150.00 |
| TOTAL FEES FOR THIS MATTER | 34.40 hrs. | | $3,540.00 |

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/09/03 | Toll Call | $3.30 |
| 04/25/03 | Outside Printing - IKON Office Solutions #62268<br>800 @ .18 + 1068 @ .01 + 5 @ 1.50 + 68 @ .25 + 10.75 tax | $189.93 |
| | TOTAL DISBURSEMENTS FOR THIS MATTER | $193.23 |

Total Fees for this matter:                            $3,540.00

|  |  |
|---|---|
| Total Disbursements for this matter: | $193.23 |
| TOTAL CHARGES FOR THIS BILL: | $3,733.23 |

**HOWD & LUDORF**
**65 Wethersfield Avenue**
**Hartford, CT  06114-1190**
**TAX ID:  06-1207409**
**(860) 249-1361**

March 17, 2003

|  |  |
|---|---|
| Billed Through | 02/28/2003 |
| Bill Number | 11579 |
| Client: | 134        11111 |

Mr. Mel Gardner
St. Paul Public Sector
P.O. Box 65100
San Antonio, TX 78265

Re:   Tracking No.:SH01436  JD: USDC Bridgeport  3:02CV00943(SRU)
      Policy No.:   GP0630080762F019
      Insured:      James King & Joseph Fecarotta
      Claimanat:    Daniel Trompetta
      D/E:          8/25/01
      H&L No.:      134-11111  D/O: 5/29/02

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/02 | MJR | Prepare for plaintiff's deposition | 2.50 hrs | 115.00 /hr | $287.50 |
| 12/06/02 | MJR | Attend plaintiff's deposition | 4.50 hrs | 115.00 /hr | $517.50 |
| 12/06/02 | MJR | Prepare report to Mr. Gardner re plaintiff's deposition testimony | 1.00 hrs | 115.00 /hr | $115.00 |
| 12/10/02 | MJR | Review and evaluate plaintiff's deposition testimony in preparatoin for summary judgment motion | 5.00 hrs | 115.00 /hr | $575.00 |
| 12/29/02 | MJR | Review/outline deposition transcripts to incorporate background for summary judgment | 3.60 hrs | 115.00 /hr | $414.00 |
| 12/29/02 | MJR | Continue drafting of motion for summary judgment (specifically detailing fact section of witness statements) | | | |

Client:     134   11111                              Bill Number:   11579                Page   2

|          |        |                                                              | 4.80  | hrs  | 115.00 | /hr | $552.00 |

12/30/02    MJR    Draft 9(c)(1) statement in support of motion for summary judgment
                                                                  2.20   hrs    115.00   /hr    $253.00

FEE SUMMARY

                        Rose, Michael J.        23.60        $115.00        $2,714.00
       TOTAL FEES FOR THIS MATTER        23.60   hrs.                       $2,714.00

                                 Total Fees for this matter:        $2,714.00
                                 Total Disbursements for this matter:

                                 TOTAL CHARGES FOR THIS BILL:       $2,714.00

**HOWD & LUDORF**
65 Wethersfield Avenue
Hartford, CT 06114-1190
TAX ID: 06-1207409
(860) 249-1361

December 16, 2002

| | | |
|---|---|---|
| Billed Through | 11/30/2002 | |
| Bill Number | 10564 | |
| Client: | 134 | 11111 |

Mr. Mel Gardner
St. Paul Public Sector
P.O. Box 65100
San Antonio, TX 78265

Re:  Tracking No.:SH01436  JD:  USDC Bridgeport  3:02CV00943(SRU)
     Policy No.:   GP0630080762F019
     Insured:     James King & Joseph Fecarotta
     Claimanat:   Daniel Trompetta
     D/E:         8/25/01
     H&L No.:     134-11111  D/O: 5/29/02

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/02 | MJR | Telephone conference with client re plaintiff's deposition | 0.30 hrs | 115.00 /hr | $34.50 |
| 10/31/02 | MJR | Review file and draft deposition outline | 7.00 hrs | 115.00 /hr | $805.00 |
| 10/31/02 | MJR | Telephone conference with client re deposition preparation | 0.40 hrs | 115.00 /hr | $46.00 |
| 10/31/02 | MJR | Telephone conference with plaintiff's counsel re plaintiff's failure to respond to summons | 0.20 hrs | 115.00 /hr | $23.00 |
| 10/31/02 | MJR | Draft motion to dismiss for failure to post bond | 0.40 hrs | 115.00 /hr | $46.00 |
| 11/02/02 | MJR | Meet with Detective King to review documents and prepare for plaintiff's deposition | 4.00 hrs | 115.00 /hr | $460.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/02 | MJR | Letter to Attorney Pattis re: deposition | 0.30 hrs | 115.00 /hr | $34.50 |
| 11/19/02 | MJR | Letter to Officer King re 26(f) report | 0.20 hrs | 115.00 /hr | $23.00 |
| 11/19/02 | MJR | Letter to Capt. Fecarrota re 26(f) Report | 0.20 hrs | 115.00 /hr | $23.00 |

FEE SUMMARY

|   |   |   |   |
|---|---|---|---|
| Rose, Michael J. | 13.00 | $115.00 | $1,495.00 |
| TOTAL FEES FOR THIS MATTER | 13.00 hrs. |   | $1,495.00 |

Total Fees for this matter:           $1,495.00
Total Disbursements for this matter:

TOTAL CHARGES FOR THIS BILL:         $1,495.00

Balance as of invoice dated   11/21/02    $7,895.72
Balance Forward for this matter:          $7,895.72

TOTAL BALANCE NOW DUE                 $9,390.72

Billed to Date Fees:            $7,863.00
Billed to Date Expenses:        $32.72

Received to Date Fees:          $0.00
Received to Date Expenses:      $0.00

**HOWD & LUDORF**
65 Wethersfield Avenue
Hartford, CT  06114-1190
TAX ID: 06-1207409
(860) 249-1361

November 21, 2002

|  |  |
|---|---|
| Billed Through | 09/30/2002 |
| Bill Number | 10348 |
| Client: | 134    11111 |

Mr. Mel Gardner
St. Paul Public Sector
P.O. Box 65100
San Antonio, TX 78265

Re:   Tracking No.:SH01436  JD:  USDC Bridgeport  3:02CV00943(SRU)
         Policy No.:    GP0630080762F019
         Insured:        James King & Joseph Fecarotta
         Claimanat:    Daniel Trompetta
         D/E:              8/25/01
         H&L No.:      134-11111  D/O:  5/29/02

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 06/12/02 | ALB | Office conference with Atty. Rose re defense plan | 0.20 | hrs | 0.00 | /hr | N/C |
| 06/12/02 | MJR | Review complaint | 0.50 | hrs | 115.00 | /hr | $57.50 |
| 06/12/02 | MJR | Telephone conference with Ms. Adams re defense strategy | 0.30 | hrs | 115.00 | /hr | $34.50 |
| 06/12/02 | MJR | Review documents contained in investigation file | 1.60 | hrs | 115.00 | /hr | $184.00 |
| 06/12/02 | MJR | Assess viability of motion to dismiss/motion for summary judgment based on qualified immunity | 0.60 | hrs | 115.00 | /hr | $69.00 |
| 06/13/02 | MJR | Telephone conference with Ms. Adams re case background | 0.30 | hrs | 115.00 | /hr | $34.50 |

| Date | Atty | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 06/13/02 | MJR | Extensive telephone conference with clients re defense strategy | 0.80 | hrs | 115.00 | /hr | $92.00 |
| 06/13/02 | MJR | Letter to plaintiff's counsel re Rule 11 | 0.60 | hrs | 115.00 | /hr | $69.00 |
| 06/13/02 | MJR | Draft motion to post bond to plaintiff | 0.30 | hrs | 115.00 | /hr | $34.50 |
| 06/13/02 | MJR | Office conference with Atty. Bufford re fact investigation and legal strategy | 0.30 | hrs | 0.00 | /hr | N/C |
| 06/14/02 | MJR | Review supplemental documentation re arrest report and affidavits | 1.20 | hrs | 115.00 | /hr | $138.00 |
| 06/14/02 | MJR | Draft attorney analysis | 1.70 | hrs | 115.00 | /hr | $195.50 |
| 06/14/02 | MJR | Initial drafting of Rule 11 motion | 1.20 | hrs | 115.00 | /hr | $138.00 |
| 06/14/02 | MJR | Draft Rule 26(f) report (parties' planning report) as required by standing order | 0.80 | hrs | 115.00 | /hr | $92.00 |
| 06/14/02 | MJR | Draft discovery and production requests directed to plaintiff | 2.00 | hrs | 115.00 | /hr | $230.00 |
| 06/14/02 | MJR | Notice deposition of plaintiff | 0.20 | hrs | 115.00 | /hr | $23.00 |
| 06/21/02 | MJR | Review file in preparation for meeting with clients | 0.50 | hrs | 115.00 | /hr | $57.50 |
| 06/21/02 | MJR | Travel to Danbury to meet with clients | 1.50 | hrs | 115.00 | /hr | $172.50 |
| 06/21/02 | MJR | Meeting with clients to discuss case, probable cause for arrest and defense strategy | 3.00 | hrs | 115.00 | /hr | $345.00 |
| 06/21/02 | MJR | Return travel to office | 1.50 | hrs | 115.00 | /hr | $172.50 |
| 06/21/02 | ALB | Travel to Danbury | 1.50 | hrs | 0.00 | /hr | N/C |
| 06/21/02 | ALB | Attend client meeting with Lt. King, Officer Fecarotta and Atty. Rose | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 3.00 hrs | 0.00 /hr | N/C |
| 06/21/02 | ALB | Return travel to office | 1.50 hrs | 0.00 /hr | N/C |
| 06/25/02 | MJR | Review supplemental documents provided by clients | 1.30 hrs | 115.00 /hr | $149.50 |
| 06/25/02 | MJR | Draft 26(a)1 report (disclosure of defenses, documents and witnesses) as required by court order | 2.00 hrs | 115.00 /hr | $230.00 |
| 06/26/02 | MJR | Intial drafting of motion for summary judgment | 6.00 hrs | 115.00 /hr | $690.00 |
| 06/26/02 | MJR | Obtain supporting caselaw and supplement Rule 11 motion | 2.10 hrs | 115.00 /hr | $241.50 |
| 06/26/02 | MJR | Draft Rule 9(c)(1) statement | 1.00 hrs | 115.00 /hr | $115.00 |
| 07/17/02 | MJR | Continue drafting of motion for summary Judgment | 3.60 hrs | 115.00 /hr | $414.00 |
| 07/29/02 | MAP | Office conference with Atty. Rose re strategy for summary judgment motion | 0.30 hrs | 0.00 /hr | N/C |
| 07/29/02 | MAP | Draft answer and special defenses | 1.00 hrs | 100.00 /hr | $100.00 |
| 07/29/02 | MAP | Draft appearance | 0.10 hrs | 0.00 /hr | N/C |
| 07/29/02 | MAP | Supplement discovery requests to plaintiff | 0.50 hrs | 100.00 /hr | $50.00 |
| 07/29/02 | MAP | Complete drafting Rule 26(f) report | 0.30 hrs | 100.00 /hr | $30.00 |
| 07/29/02 | MAP | Review and analyze investigation file, witness statements, police reports for preparation of answer and special defenses, 26(f) report, discovery requests and motion for summary judgment | 2.70 hrs | 100.00 /hr | $270.00 |
| 08/02/02 | MAP | Telephone conference with Atty. Pattis re discovery issues | 0.20 hrs | 100.00 /hr | $20.00 |

| Date | Atty | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 08/02/02 | MAP | Draft letter to Atty. Pattis re discovery issues | 0.20 | hrs | 100.00 | /hr | $20.00 |
| 08/05/02 | MAP | Supplement memorandum of law in support of motion for summary judgment re retaliation claim | 2.10 | hrs | 100.00 | /hr | $210.00 |
| 08/07/02 | MAP | Compare written statement of witness to arrest warrant affidavit to ascertain plaintiff's strength of claim of material misrepresentations in affidavit | 1.00 | hrs | 100.00 | /hr | $100.00 |
| 08/26/02 | MAP | Draft memorandum of law in support of in support of summary judgment | 9.10 | hrs | 100.00 | /hr | $910.00 |
| 08/27/02 | MAP | Research re "favorable determination" of plaintiff's criminal charges as element of plaintiff's malicious prosecution claim | 1.50 | hrs | 100.00 | /hr | $150.00 |
| 08/28/02 | MAP | Supplement 9(c)(1) statement | 1.00 | hrs | 100.00 | /hr | $100.00 |
| 08/28/02 | MAP | Supplement memorandum of law in support of summary judgment re qualified immunity | 5.40 | hrs | 100.00 | /hr | $540.00 |
| 08/28/02 | MJR | Supplement Rule 11 motion | 0.20 | hrs | 115.00 | /hr | $23.00 |
| 09/03/02 | MAP | Supplement affidavit of Det. Lt. Fecarotta | 0.50 | hrs | 100.00 | /hr | $50.00 |
| 09/19/02 | MJR | Revise and supplement Rule 26(f) report | 0.80 | hrs | 115.00 | /hr | $92.00 |
| 09/19/02 | MJR | Prepare outline plaintiff's deposition | 2.00 | hrs | 115.00 | /hr | $230.00 |
| 09/23/02 | MJR | Telephone conference with Atty. Pattis re meeting with client | 0.40 | hrs | 115.00 | /hr | $46.00 |
| 09/23/02 | MJR | Telephone conference with clients re attendance at same | 0.40 | hrs | 115.00 | /hr | $46.00 |
| 09/23/02 | MJR | Travel to Danbury | 1.50 | hrs | 115.00 | /hr | $172.50 |

| Date | Atty | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 09/23/02 | MJR | Attend disciplinary meeting in which Atty. Pattis represented officer under investigation by client, King | 1.20 | hrs | 115.00 | /hr | $138.00 |
| 09/23/02 | MJR | Return travel to office | 1.50 | hrs | 115.00 | /hr | $172.50 |
| 09/24/02 | MJR | Review discovery answered by plaintiff Trompetta | 1.50 | hrs | 115.00 | /hr | $172.50 |
| 09/25/02 | MJR | Letter to Officer King re renotice of plaintiff's deposition | 0.20 | hrs | 115.00 | /hr | $23.00 |
| 09/25/02 | MJR | Letter to Officer Fecarotta re renotice of plaintiff's deposition | 0.20 | hrs | 115.00 | /hr | $23.00 |
| 09/25/02 | MJR | Letter to Mr. Gardner re renotice of plaintiff's deposition | 0.20 | hrs | 115.00 | /hr | $23.00 |
| 09/25/02 | MJR | Memo to Atty. Gladstone re: case status and effect on Worker's Compensation claim | 0.30 | hrs | 0.00 | /hr | N/C |
| 09/25/02 | MJR | Memo to file re Internal Affairs investigation | 0.40 | hrs | 0.00 | /hr | N/C |
| 09/25/02 | MJR | Review summary judgment-incorporate issues into outline | 1.50 | hrs | 115.00 | /hr | $172.50 |

**FEE SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bufford, Alexandria L. | 6.20 | $0.00 | N/C |
| Powell, Melinda A. | 0.40 | $0.00 | N/C |
| Powell, Melinda A. | 25.50 | $100.00 | $2,550.00 |
| Rose, Michael J. | 1.00 | $0.00 | N/C |
| Rose, Michael J. | 46.20 | $115.00 | $5,313.00 |
| TOTAL FEES FOR THIS MATTER | 79.30 hrs. | | $7,863.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 06/26/02 | Outside Printing - IKON Office Solutions # 55236<br>441 @ .07 + 1.85 tax | $32.72 |
| | TOTAL DISBURSEMENTS FOR THIS MATTER | $32.72 |

Total Fees for this matter:              $7,863.00
Total Disbursements for this matter:         $32.72

|  |  |
|---|---|
| TOTAL CHARGES FOR THIS BILL: | $7,895.72 |
| Balance as of invoice dated   01/01/00 | $0.00 |
| Balance Forward for this matter: | $0.00 |
| TOTAL BALANCE NOW DUE | $7,895.72 |

| | |
|---|---|
| Billed to Date Fees: | $0.00 |
| Billed to Date Expenses: | $0.00 |
| Received to Date Fees: | $0.00 |
| Received to Date Expenses: | $0.00 |