UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA | : | NO.: 3:02CV00943 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES KING AND | : | |
| JOSEPH FECAROTTA | : | December 3, 2003 |

## AFFIDAVIT OF MELINDA A. POWELL
## IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES

I, Melinda A. Powell, being duly sworn, depose and say that:

1. I am over 18 years of age and believe in the obligations of an oath. I am admitted to practice before this Court.

2. I am an associate attorney at the law firm of Howd & Ludorf located at 65 Wethersfield Avenue in Hartford, Connecticut.

3. I graduated from Vermont Law School in 1995 and was admitted to the Connecticut bar in June 1996 and to the District of Connecticut in December 1996.

4. After graduating from law school, I worked for 2 years as associate attorney at Frechette & Frechette in New Haven, a general practice and litigation firm, representing plaintiffs and defendants. Thereafter, I worked for the City of New Haven as an Assistant Corporation Counsel representing the City in litigation for approximately six months, at which time I took a position as an associate at Delaney, Zemetis, Donahue, Durham and Noonan representing defendants in general liability litigation.

6. I have been practicing at Howd & Ludorf since November 1999. My primary areas of practice are civil rights and municipal law.

8. My hourly rate is $100 per hour, which based on my experience is a reasonable fee. My time in this case totals 25.9 hours. My legal fees for time spent in this case amount to $2,590.00. See attached invoice itemizing time spent. Time was entered contemporaneously with the work performed.

Dated at Hartford, Connecticut, this 3rd day of December, 2003.

_____
**Melinda A. Powell**

STATE OF CONNECTICUT )
                                ) ss: Hartford
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this \_\_\_\_\_ day of December, 2003.

_____
Commissioner of the Superior Court