UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA | : | NO.:  3:02CV00943 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES KING AND | : | |
| JOSEPH FECAROTTA | : | |

## AFFIDAVIT OF MARTHA A. SHAW
## IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES

I, Martha A. Shaw, being duly sworn, depose and say that:

1. I am over 18 years of age and believe in the obligations of an oath. I am admitted to practice before this Court.

2. I am an associate attorney at the law firm of Howd & Ludorf located at 65 Wethersfield Avenue in Hartford, Connecticut.

3. I obtained my juris doctorate from American University in 1991.

4. I was admitted to the bars of the State of Connecticut and the State of Massachusetts in 1991 and 1992, respectively.

5. After graduating from law school, I worked as a temporary assistant clerk for Hartford Superior Court for one year. Thereafter I worked for two years as associate attorney at Rothenberg, Rothenberg, Rothenberg, P.C. in Wethersfield, CT, a general practice litigation firm representing plaintiffs. From 1995 to 1996 I worked as a claims attorney for Aon Risk Services handling workers compensation claims. From

1997 to 2002, I worked as a claims attorney for Chubb Insurance Company handling primarily employment and professional liability claims.

     7.     I have been practicing at Howd & Ludorf since November 2002. My primary area of practice is employment law.

     8.     My hourly rate is $100 per hour, which based on my experience is a reasonable fee. My time in this case totals 24.5 hours. My legal fees for time spent in this case amount to $2,450.00. See attached invoice itemizing time spent. Time was entered contemporaneous with the work performed.

     Dated at Hartford, Connecticut, this 3rd day of December, 2003.

                                                                            _____
                                                                         **Martha A. Shaw**

STATE OF CONNECTICUT )
                                ) ss: Hartford
COUNTY OF HARTFORD   )

     Subscribed and sworn to before me this _____ day of December, 2003.

                                                                            _____
                                                                         Commissioner of the Superior Court