UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA | : | NO.: 3:02CV00943 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES KING AND | : | |
| JOSEPH FECAROTTA | : | |

## AFFIDAVIT OF MICHAEL J. ROSE
## IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES

I, Michael J. Rose, being duly sworn, depose and say that:

1. I am over 18 years of age and believe in the obligations of an oath. I am admitted to practice before this Court.

2. I am a partner at the law firm of Howd & Ludorf located at 65 Wethersfield Avenue in Hartford, Connecticut.

3. I graduated from Franklin Pierce Law School in 1994, where I was a member of the Mortar Board Honor Society and the Pi Gamma Mu Honor Society.

4. I was admitted to the bars of the State of Connecticut and the District of Connecticut in 1994 and have been a practicing attorney since that time.

5. My primary areas of practice are, and have been, employment and civil rights litigation.

6. I have conducted workshops and training seminars regarding various employment issues.

7. I was lead counsel for the defendants in this action.

8. My hourly rate is $115 per hour, which based on my experience is an exceptionally reasonable fee. It is a fee well within my normal hourly rates, and is routinely paid by clients seeking legal services. My colleagues who perform defense-related services involving civil-rights claims routinely charge $125 to $200 per hour. My time in this case totals 98.7 hours.  My legal fees for time spent in this case amount to $11,350.50.  (See attached invoice itemizing time spent.)  Time was entered contemporaneous with the work performed.

Dated at Hartford, Connecticut, this 3rd day of December, 2003.

_____
**Michael J. Rose**

STATE OF CONNECTICUT )
                     ) ss: Hartford
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this _____ day of December, 2003.

_____
Commissioner of the Superior Court