UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA | : | NO.: 3:02CV00943 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES KING AND | : | |
| JOSEPH FECAROTTA | : | DECEMBER 3, 2003 |

## BILL OF COSTS

Pursuant to Local Rule 17(a), the defendants, James King and Joseph Fecarotta, hereby submit their bill of costs in the above-captioned case. The Court entered judgment for the defendants on November 3, 2003, following a summary judgment ruling in favor of the defendants. The judgment became final due to the expiration of the appeal period, as defined by Fed.R.App.P. Rule 4, on December 3, 2003. This bill of costs is filed within ten (10) days of such expiration. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.   Fees of the Court Reporter - D.Conn.L.Civ.R. 17(c)2 (**Exhibit B**)

      1.   Deposition transcript of Daniel Trompetta      $662.40
      2.   Appearance fee      $ 90.00

B.   Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 17(c)3(iii) (**Exhibit C**)

      1.   Copies of exhibits appended to successful Motion for Summary Judgment

200 pages @ .18 = $36.00
17 exhibit tabs @.25 = $4.25
Total = $40.25

**TOTAL FEES REQUESTED:**                  **$792.65**

DEFENDANTS,
JAMES KING AND
JOSEPH FECAROTTA

By _____
    Alexandria L. Voccio
    ct21792
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-mail: avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of December, 2003.

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                        _____
                                        Alexandria L. Voccio