UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL TROMPETTA | : | NO.: 3:02CV00943 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES KING AND | : | |
| JOSEPH FECAROTTA | : | DECEMBER 3, 2003 |

## VERIFICATION OF MICHAEL J. ROSE

I, Michael J. Rose, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and believe in the obligation of an oath;

2. I represented the defendants, James King and Joseph Fecarotta, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by these parties, and;

3. The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 3rd day of December, 2003.

_____
**Michael J. Rose**

STATE OF CONNECTICUT )
                                 ) ss: Hartford
COUNTY OF HARTFORD   )

       Subscribed and sworn to before me this _____ day of December, 2003.

                                                             _____
                                                              Commissioner of the Superior Court