**Howd & Ludorf**
Attorneys At Law
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tax ID: 06-1207409
www.hl-law.com



January 7, 2003

Mel Gardner
St. Paul Public Sector Claims
P.O. Box 65100
San Antonio, TX 78265-5100

Re:   Daniel Trompetta v. James King and Joseph Fecarotta
      Tracking No.:  SH01436
      Policy No.:    GP06300807-62F019
      Insured:       City of Danbury
      H&L File No.:  134-11111

Dear Mr. Gardner:

Enclosed please find the following invoice that we have reviewed and approved for payment:

**Niziankiewicz & Miller**          **$824.04**

**Please pay** and make your check payable to the above and mail it directly to them. **Your prompt attention to this matter is appreciated.**

Very truly yours,

Kimberly Wolf
Billing Department
kwolf@hl-law.com

/kaw
Enclosure



# NIZIANKIEWICZ & MILLER

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
MICHAEL J. ROSE, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190              DATE        12/20/2002
                                       INVOICE        23193
                                       CLIENT            871
                                       REFERENCE        DAV


Re: DANIEL TROMPETTA    JAMES KING, ET AL
Assignment Date: December 06, 2002


Deposition Of - DANIEL TROMPETTA

USDC ORIGINAL & 1                                    662.40
APPEARANCE FEE                                        90.00
SHIPPING & HANDLING                                    5.00
CONDENSED AND ASCII                                   20.00
                                                  ==========
                             Total Amount $          777.40
                                     Tax $            46.64
                             Total due   $           824.04

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

*Mike - ok to pay?*
*or send to claim*
*rep? 134-1111*
*claim rep -*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

RECEIVED BY
29 2002