# IKON Office Solutions

**Document Services**
Phone:(860) 278-1555  Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

| | |
|---|---|
| Invoice # | HAR062268 |
| Invoice Date | 04/28/2003 |
| Due Date | 05/08/2003 |
| Customer # | HAR-HOW6 |
| Order # | 03040607 |

INVOICE    Page  1

SOLD TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

SHIP TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 04/25/2003 | MARTHA SHAW | 134-11111 | JARED ARTHUR LAFLEUR |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 568 | D Litigation Copy | 800 | 0.180 | 144.00 |
| 608 | Drilling - 2 HP/3 HP (per page | 1068 | 0.010 | 10.68 |
| 1010 | Acco Fastener Only - 1" | 5 | 1.500 | 7.50 |
| 635 | Tabs Sold | 68 | 0.250 | 17.00 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 179.18 |
| Sales Tax: | 10.75 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **189.93** |

Received and approved by: _____   Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

Amount Enclosed
$

Invoice    HAR062268
Invoice Date   04/28/2003
Customer #   HAR-HOW6
Order #    03040607

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164
Philadelphia,PA 19182-7164

PAY THIS AMOUNT:   189.93