UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL TROMPETTA,<br>Plaintiff, | :<br>:<br>: |
| v. | :   NO. 3:02CV 00943(SRU) *MRK* |
| JAMES KING,<br>JOSEPH FECAROTTA,<br>Defendants. | :<br>:<br>:<br>:   DECEMBER 3, 2003 |

## PLAINTIFF'S NOTICE OF APPEAL

The plaintiff, Daniel Trompetta, herewith files notice of his intent to appeal the Court's granting of the defendant's motion for summary judgment. Final judgment entered in this case on November 5, 2003.

THE PLAINTIFF

By _____
NORMAN A. PATTIS
51 Elm St., Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494 (fax)

### CERTIFICATION

The foregoing was mailed this December 3, 2003, Michael J. Rose, Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 06114-1190.

_____
NORMAN A. PATTIS

1