UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL TROMPETTA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL NO.    3:02CV00943 (MRK) |
| : | |
| JAMES KING and : | |
| JOSEPH FECAROTTA, : | |
| : | |
| Defendants. : | |

**ORDER**

Having been informed that parties in the above-captioned matter have reached an agreement regarding plaintiff's appeal to the Second Circuit of this Court's decision to grant summary judgment to the defendants and defendant's Motion for Attorney's Fees [doc. #32], the Motion for Attorney's Fees is hereby DENIED on the ground that it is no longer being pursued by the defendants.

**The Clerk is directed to close this case.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 18, 2003.