# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** December 10, 2003          **TO:** Intake Clerk

                                     **FROM:** Rita Warner          FILED

**CASE TITLE:** Trompetta vs King, et al

**DOCKET NO.:** 3:02-943(MRK)

**NOTICE OF APPEAL:** filed: December 3, 2003

**APPEAL FROM:** final judgment: x

  interlocutory: __

  other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

  All parties are listed on Docket Sheet (Including Third Parties)  Y

  All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓      Due ____      N/A ____

  IFP revoked ____      Application Attached ____

  IFP pending before district judge ____

**COUNSEL:** CJA ____      Retained ✓      Pro Se ____

**TIME STATUS:** Timely ✓      Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____      Denied ____

**COA:** Granted ____      Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley a. Header_   DATE: 12/15/03
DEPUTY CLERK, USCA