exh A Verm Rose
exh B bill →
exh C bill →

FILED
DEC 3  3 51 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANIEL TROMPETTA              :    NO.: 3:02CV00943 (MRK)

v.                            :

JAMES KING AND                :
JOSEPH FECAROTTA              :    DECEMBER 3, 2003

## BILL OF COSTS

Pursuant to Local Rule 17(a), the defendants, James King and Joseph Fecarotta, hereby submit their bill of costs in the above-captioned case. The Court entered judgment for the defendants on November 3, 2003, following a summary judgment ruling in favor of the defendants. The judgment became final due to the expiration of the appeal period, as defined by Fed.R.App.P. Rule 4, on December 3, 2003. This bill of costs is filed within ten (10) days of such expiration. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.   Fees of the Court Reporter - D.Conn.L.Civ.R. 17(c)2 (**Exhibit B**)

     1.   Deposition transcript of Daniel Trompetta          $662.40
     2.   Appearance fee                                     $ 90.00

B.   Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 17(c)3(iii) (**Exhibit C**)

     1.   Copies of exhibits appended to successful Motion for Summary Judgment

12/29/03 DENIED without prejudice to renewal when pending appeal is resolved and judgment becomes final.
Kevin F. Rowe, Clerk
By: Lori Inferrera, Deputy-in-Charge

FILED Dec 29 3 57 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.