**MANDATE**

CV

NHCT
02-cv-943
Kravitz

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT



TROMPETTA

V.

KING,

:USCA
:NO. 03-9311
:
:
:
:
: MARCH 22, 2004

### JOINT STIPULATION TO DISMISS

The parties move pursuant to Rule 42(a) of the Federal Rules of Appellate Procedure for dismissal of the captioned appeal without fees or costs to either party and with prejudice.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: 4/16/04

THE PLAINTIFF-APPELLANT

BY _____
Norman A. Pattis
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.776.9494
FAX: 203.776.9494
Federal Bar No. 13120
His Attorney


_____
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190


So Ordered

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel